UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Perry Cameron,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

CASE NUMBER: 18-11875
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE STAFFORD

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 24, 2019, Magistrate Judge Stafford issued a Report and Recommendation [Doc. 13], recommending that Defendant's Motion for Summary Judgement [Doc. 11] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 10] be **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                            s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: July 11, 2019